**UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| BRENDA McKNIGHT,<br><br>  Plaintiff,<br><br>   v.<br><br>WALMART INC, WALMART CLAIMS SERVICES; DIVISIONS, INC., PLEASANT VALLEY CORPORATION AND DOES 25-35, INCLUSIVE,<br><br>  Defendants. | Case No.:  2:25-cv-01279-DJC-SCR<br><br>**ORDER GRANTING EXTENSION OF TIME TO PLEAD** |

Having considered Defendant Divisions, Inc's ex-parte application for an extension of time to plead, and for good cause shown,

IT IS HEREBY ORDERED that Defendant Divisions, Inc. shall have to and including June 9, 2025 by which to file such pleading.

Dated: May 9, 2025            /s/ Daniel J. Calabretta
                              THE HONORABLE DANIEL J. CALABRETTA
                              UNITED STATES DISTRICT JUDGE

1
ORDER GRANTING EXTENSION OF TIME TO PLEAD