UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO

| | |
|---|---|
| BRENDA McKNIGHT,<br><br>    Plaintiff,<br><br>vs.<br><br>WALMART INC, WALMART CLAIMS SERVICES; DIVISIONS, INC., PLEASANT VALLEY CORPORATION and DOES 25-35, inclusive,<br><br>    Defendants. | Case No.: 2:25-cv-01279-SCR<br><br>ORDER DISMSSING DEFENDANT DIVISIONS, INC. |

    Based on the stipulation of the parties, Defendant DIVISIONS, INC. is dismissed without prejudice pursuant to Fed. R. Civ. P. 41(a)(2). Defendant's pending Motion to Dismiss, ECF No. 14, is DENIED AS MOOT.

Dated:  August 20, 2025        /s/ Daniel J. Calabretta
                                              THE HONORABLE DANIEL J. CALABRETTA
                                              UNITED STATES DISTRICT JUDGE